IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARLON CHARLEY, | ) | |
| o/b/o himself and | ) | CASE NO. 1:13-CV-2330 |
| all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE McHARGH |
| v. | ) | |
| | ) | |
| QUALITY BLOW MOLDING, INC., | ) | **ORDER OF DISMISSAL &** |
| | ) | **APPROVING SETTLEMENT** |
| Defendant. | ) | |

On June 16, 2014, Plaintiff filed a Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice (Doc. No. 42) as to Plaintiff's Complaint. (Doc. No. 1). Included with Plaintiff's Motion was the parties' Joint Stipulation of Settlement and Release (Doc. No. 42-1) and General Settlement and Release Agreement. (Doc. No. 42-2). Upon review, the Court finds that the terms of the settlement are justified under the circumstances. Accordingly,

1. The Court accepts and approves the proposed settlement and holds that the proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act; and

2. The above case is hereby **dismissed with prejudice**. Each party is to bear their own attorneys' fees and costs, except as otherwise provided by the settlement agreement. All pending deadlines are stricken as moot. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED.

/s Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Dated: June 18, 2014.